| | | | | |
|---|---|---|---|---|
| **** | | | | |
| Goodrum v. Tanaka .............. | 16459 | 10/27/94 | Affirmed | |
| **** | | | | |
| First Ins. Co. of Hawaiʻi, Ltd. v.<br> Lawrence ..................... | 15465 | 10/18/94 | Denied | 77 Hawaiʻi 2, 881<br>P.2d 489 |
| **** | | | | |
| Cresencia v. Kim ................ | 15593 | 8/22/94 | Denied | —— Haw.App. ——,<br>878 P.2d 725 |
| Pelosi v. Wailea Ranch Estates ... | 15585 | 8/4/94 | Denied | —— Haw.App. ——,<br>876 P.2d 1320 |
| State v. Adams .................. | 16134 | 9/29/94 | Denied | —— Haw.App. ——,<br>880 P.2d 226 |
| State v. Carvalho ................ | 15524 | 9/29/94 | Granted | —— Haw.App. ——,<br>880 P.2d 217 |
| State v. Corpuz ................. | 16168 | 9/29/94 | Denied | —— Haw.App. ——,<br>880 P.2d 213 |
| State v. Dowsett................. | 16216 | 8/25/94 | Denied | —— Haw.App. ——,<br>878 P.2d 739 |
| State v. Iosefa................... | 16217 | 10/5/94 | Dismissed | 77 Hawaiʻi 177, 880<br>P.2d 1224 |
| Wagatsuma v. Patch ............. | 16037 | 9/16/94 | Denied | —— Haw.App. ——,<br>879 P.2d 572 |